■ ROSENBERG & COHEN, INC., Appellant, v. AMERICAN CASUALTY COMPANY, Respondent.— Order entered on May 6, 1969 unanimously affirmed on the opinion of Special Term, with $50 costs and disbursements to the respondent. Concur — McGivern, J. P., Markewich, Nunez and Steuer, JJ. [62 Misc 2d 927].